UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas

**ENTERED**
March 15, 2019
David J. Bradley, Clerk

| | | |
|---|---|---|
| Michael J. Strange, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil Action H-18-2178 |
| | § | |
| Lorie Davis, | § | |
| Respondent. | § | |

## Order of Adoption

On February 22, 2019, Magistrate Judge Peter Bray filed a memorandum and recommendation. (D.E. 5.) No objections were filed. After considering the record and the law, the court adopts the memorandum and recommendation as its memorandum and opinion. The court will issue a separate final judgment.

Signed March __15__, 2019, at Houston, Texas.

Lynn N. Hughes
United States District Judge