UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
June 12, 2019
David J. Bradley, Clerk

| | | |
|---|---|---|
| Michael James Strange, | § | |
|    Petitioner, | § | |
| | § | |
| v. | § | Civil Action H-18-2178 |
| | § | |
| Lorie Davis, | § | |
|    Respondent. | § | |

## Order of Adoption

On April 24, 2019, Magistrate Judge Peter Bray filed a memorandum and recommendation recommending that Michael James Strange's motion for relief from the final judgment be denied. Strange filed objections, which are denied. After considering the record and the law, the court adopts the memorandum and recommendation as its memorandum and opinion. The court will issue a separate final judgment.

Signed _June 10_ 2019, at Houston, Texas.

Lynn N. Hughes
United States District Judge